IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JACQUES BELL | § | |
| v. | § | CIVIL ACTION NO. 6:05cv328 |
| ANDERSON COUNTY, TEXAS, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and a recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that Defendants' Motion to Dismiss be granted and that the above-styled lawsuit be dismissed without prejudice. Plaintiff filed written objections to the Report and Recommendation on January 17, 2006.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections are without merit. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendants' Motion to Dismiss (document #22) is **GRANTED** and the above-styled lawsuit is hereby **DISMISSED** without prejudice.

All motions not previously ruled on are **DENIED**.

**SIGNED this 26th day of January, 2006.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE